Case:2:18-cv-12451
Judge: Michelson, Laurie J.
MJ: Stafford, Elizabeth A.
Filed: 08-07-2018 At 10:44 AM
CMP DAVID WORTHY V MICHIGAN DEPT OF CORRECTIONS (LG)

David Roy Worthy
PO.Box 184
Pinckney,Michigan
48169

Michigan Department of Corrections
206 E.Michigan Ave
Lansing,Michigan
48915

On January 11,2015 Mr. Worthy had a MRI completed at,Newberry Hospital in Newberry Michigan.Due to an injury that was conflicted at,Newberry Correctional Facility.Newberry prison medical staff,only gave Mr.Worthy a knee brace and sent him on his way.For a knee injury.After being released from prison on,4-26-18.Mr Worthy has had another MRI completed at the Ann Arbor VA located in Ann Arbor Michigan.Mr Worthy had gotten a second opion at,St.Joseph Hospital in Ann Arbor Michigan,Per Doctor,Robert Young,Orthapedic surgeon.

MRI stated,  Menisci-There is a complex tear of the posterior horn and body of the medial meniscus.There is a free edge tear with blunting of the body of the lateral meniscus.

Cartilage- There is a stable appearing osteochondral abnormality within the weightbearing portion of the medical Femoral Condule with associated increased T2 signal and fissuring of the overlying articular cartilage which otherwise remains intact.

Judgement of Relief

Mr.Worthy is asking for judgement of relief do to inadequete,Medical services preformed from Corrizon Medical,which is affiliated with the Michigan Department of Corrections.

If this medical procedure would have been considered seriously,and proper medical attention due at the time of injury,there would be no justification do. *David Roy Worthy*

Mr.Worthy should be intitled to relief settelment. DAVID Roy Worthy

As of 8-3-18 Mr.Worthy is awaiting a positive date for surgery. 8-3-18

U.S. POSTAGE PAID
PINCKNEY, MI
48169
AUG 04, 18
AMOUNT
$5.29
R2305K134361-3

7015 0640 0001 3697 0492

David R Worthy
PO Box 164
Pinckney, Michigan 48169

Office of the Clerk
Theodore Levin US Courthouse
231 West Lafayette Blvd
Detroit, Michigan 48226