FILED
CLERK'S OFFICE
FEB 21 2019
U.S DISTRICT COURT
EASTERN MICHIGAN

RECEIVED
FEB 21 2019
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

David Roy Worthy
415 Lake Street
Howell Michigan 48843
Feb 16 2019

United States District Court
Eastern District Of Michigan

Dear United States District Court :

This is a civil Rights action brought by a former prisoner under 42 U.S.1983. Plantiff is proceeding

In Forma Pauperis ,in this action.

Until April 26 2018, Plantiff David Roy Worthy was incarcerated with the Michigan Department of corrections.  The events about which occurred at the Newberry Correctional Facility in Luce County Michigan.  Plantiff sues the following individuals working at NCF   Dr .Perez  ,Nurse  Mary Howard  , Mr .Coleman who is employed by the MDOC working in Lansing Michigan  .Corrizon Medical Services whom is there current employer. After receiving a MRI  ,MDOC medical staff did the bare minimal to eleaviate the medical needs to Mr. Worthys knee.  After Mr. Worthys release  , April 26 2018, Mr. Worthy had 2 MRI at the VA Ann Arbor Healthcare System,2215 Fuller Rd ,Ann Arbor Michigan 48105 on July 07,2018.Mr. Worthy then was seen at St .Joseph Mercy Hospital in Ann Arbor Michigan 5301 McAuley Dr. Ypsilanti Mi 48197 by Dr. Robert Young, Orthopedic Surgeon .Which he stated ,Knee replacement in 2 years. Mr. Worthy is now experiencing on going Doctor visits   for a date unknown for Menisc  Surgery. In evidence, a Deliberately Indifference Law suit is more squarely in the category of Medical Malpractice than in the category of a constitutional violation per Paul   L  .Maloney-United States District Judge. Mr. Worthy is seeking Justice in this Medical matter.

DAVID Roy WorTHY

David Roy Worthy
2-18-19